SEALED
DOCUMENT
FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

In the Matter of the Application
for a Search Warrant of computer
servers at Yahoo, Inc., an e-mail
provider located at 701 First Avenue
Sunnyvale, CA

2013 MAR 11 P 2: 11
1:13-mj- Q8-0/-ΛM
UNDER SEAL - LEVEL I

### 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the government seeking to precluding Yahoo, Inc. from notifying any person of the existence of the Search Warrant pertaining the e-mail accounts, robo.roboto@yahoo.com, mwlomo@yahoo.com, gretzky101usa@yahoo.com, and lazident@yahoo.com, finds that there is reason to believe that notification of the existence of the Search Warrant will result in the destruction of, or tampering with, evidence or otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that Yahoo, Inc. shall not notify any person of the existence of the Search Warrant, for a period of ninety (90) days.

March 11, 2013

Landya B. McCafferty
United States magistrate Judge